THE PEOPLE, ex rel. PAULINE FRIEDLANDER et al., Respondents, *v.* ALBERT F. MITCHELL et al. as Trustees, etc., Appellants.

(Argued October 31, 1884 ; decided November 25, 1884.)

*L. B. Pike* for appellants.

*Charles S. Lester* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.